# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| In re: | § | Case No. 08-32299 |
| VARGAS, DAVID | § | |
| VARGAS, STEPHANIE | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on        . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $

      Funds were disbursed in the following amounts:

      Administrative expenses
      Payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor

      Leaving a balance on hand of                          $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was            . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

Case 08-32299   Doc 42   Filed 09/25/09   Entered 09/25/09 10:30:24   Desc Main
Document      Page 2 of 11

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ ____ , and now requests reimbursement for expenses of $ ____ , for total expenses of $ ____ .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/PHILIP V. MARTINO_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 08-32299  ERW  Judge: EUGENE R. WEDOFF | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | VARGAS, DAVID | Date Filed (f) or Converted (c): | 11/25/08 (f) |
|  | VARGAS, STEPHANIE | 341(a) Meeting Date: | 01/08/09 |
| For Period Ending: | 08/20/09 | Claims Bar Date: | 04/13/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9744- 9746 SOUTH AVENUE J, CHICAGO, IL 60617 | 157,000.00 | 0.00 |  | 0.00 | FA |
| 2. CASH | 60.00 | 0.00 |  | 0.00 | FA |
| 3. CHECKING ACCOUNT JP MORGAN/CHASE NO. 754579308 | 250.00 | 0.00 |  | 0.00 | FA |
| 4. CHECKING ACCOUNT WASHINGTON MUTUAL NO. 1000672328 | 42.00 | 0.00 |  | 0.00 | FA |
| 5. LIVING ROOM SET, BEDROOM SET, KITCHEN SET, TWO COU | 2,500.00 | 0.00 |  | 0.00 | FA |
| 6. CLOTHING | 1,200.00 | 0.00 |  | 0.00 | FA |
| 7. GERBER LIFE INSURANCE POLICY FOR ROMEO M. VARGAS | 341.00 | 0.00 |  | 0.00 | FA |
| 8. EDUCATION ACCOUNT- COVERDALE SAVINGS TD - FOR ROME | 800.00 | 0.00 |  | 0.00 | FA |
| 9. 3 CLASS A UNITS IN LANDMARK ASSOCIATES, LLC - CERT | 0.00 | Unknown |  | 0.00 | FA |
| 10. TIMESHARE- ROYAL HOLIDAY BRONZE PLUS MEMBERSHIP 10 | 6,000.00 | 0.00 |  | 0.00 | 0.00 |
| 11. 2006 DODGE CHARGER | 16,770.00 | 0.00 |  | 0.00 | FA |
| 12. 2007 NISSAN ALTIMA | 13,595.00 | 0.00 |  | 0.00 | FA |
| 13. FEDERAL TAX RETURN (u) | 0.00 | 8,015.00 |  | 8,015.00 | FA |
| 14. Illinois State Tax Refund (u) | 0.00 | 28.00 |  | 28.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 0.33 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $198,558.00 | $8,043.00 | | $8,043.33 | $0.00 |

(Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/09     Current Projected Date of Final Report (TFR): 06/30/09

_____     Date: _____

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 08-32299    ERW    Judge: EUGENE R. WEDOFF | Trustee Name:    PHILIP V. MARTINO |
| Case Name: | VARGAS, DAVID | Date Filed (f) or Converted (c):    11/25/08 (f) |
| | VARGAS, STEPHANIE | 341(a) Meeting Date:    01/08/09 |
| | | Claims Bar Date:    04/13/09 |

PHILIP V. MARTINO

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 08-32299 -ERW | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | VARGAS, DAVID | | Bank Name: | BANK OF AMERICA, N.A. |
| | VARGAS, STEPHANIE | | Account Number / CD #: | *******0360  BofA - Money Market Account |
| Taxpayer ID No: | *******3126 | | | |
| For Period Ending: | 08/20/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/09/09 | | David and Stephanie Vargas | | | 8,043.00 | | 8,043.00 |
| | 13 | DAVID AND STEPHANIE VARGAS | Memo Amount: 8,015.00 | 1224-000 | | | |
| | 14 | STEPHANIE AND DAVID VARGAS | Memo Amount: 28.00 | 1224-000 | | | |
| | | | Illinois State Tax Refund | | | | |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 8,043.13 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,043.33 |

```
              Memo Allocation Receipts:       8,043.00        COLUMN TOTALS                       8,043.33         0.00      8,043.33
         Memo Allocation Disbursements:           0.00            Less:  Bank Transfers/CD's          0.00         0.00
                                                              Subtotal                             8,043.33         0.00
                 Memo Allocation Net:         8,043.00            Less:  Payments to Debtors                       0.00
                                                              Net                                  8,043.33         0.00

                                                                                                                NET          ACCOUNT
           Total Allocation Receipts:         8,043.00       TOTAL - ALL ACCOUNTS             NET DEPOSITS  DISBURSEMENTS    BALANCE
       Total Allocation Disbursements:            0.00       BofA - Money Market Account - *******0360         8,043.33         0.00      8,043.33
                                                                                              -------------- --------------  --------------
             Total Memo Allocation Net:       8,043.00                                                         8,043.33         0.00      8,043.33
                                                                                              ============== ==============  ==============
                                                                                             (Excludes Account (Excludes Payments  Total Funds
                                                                                              Transfers)     To Debtors)     On Hand


                                                                           Page Subtotals       8,043.33         0.00
```

Ver: 14.31c

LFORM24

UST Form 101-7-TFR (4/1/2009) *(Page: 5)*

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-32299 | | Page 1 | | | Date: August 20, 2009 |
| Debtor Name: | VARGAS, DAVID | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $3,696.14 | $0.00 | $3,696.14 |
| 000002 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $3,474.16 | $0.00 | $3,474.16 |
| 000003 070 7100-00 | CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | | $574.19 | $0.00 | $574.19 |
| 000004 070 7100-00 | CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | | $4,075.82 | $0.00 | $4,075.82 |
| 000005 070 7100-00 | CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | | $391.73 | $0.00 | $391.73 |
| 000006 070 7100-00 | CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | | $717.68 | $0.00 | $717.68 |
| 000007 070 7100-00 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | | $1,237.72 | $0.00 | $1,237.72 |
| 000008 070 7100-00 | Discover Bank/DFS Services LLC PO Box 3025 New Albany OH 43054-3025 | Unsecured | | $7,162.07 | $0.00 | $7,162.07 |
| 000009 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $916.66 | $0.00 | $916.66 |
| 000010 070 7100-00 | Longview Management Group, LLC c/o Mark E. Leipold Gould & Ratner LLP 222 N. LaSalle St., Suite 800 Chicago, IL 60601 | Unsecured | | $16,499.70 | $0.00 | $16,499.70 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-32299 | | Page 2 | | Date: August 20, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | VARGAS, DAVID | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | Us Dept Of Education<br>ATTN: Direct Loan Servicing Center<br>Po Box 5609<br>Greenville, TX 75403 | Unsecured | | $34,955.99 | $0.00 | $34,955.99 |
| 000012 070 7100-00 | Us Dept Of Education<br>ATTN: Direct Loan Servicing Center<br>Po Box 5609<br>Greenville, TX 75403 | Unsecured | | $4,187.85 | $0.00 | $4,187.85 |
| 000013 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $1,296.49 | $0.00 | $1,296.49 |
| 000014 070 7100-00 | AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096 | Unsecured | | $14,027.08 | $0.00 | $14,027.08 |
| 000015 070 7100-00 | GE Money Bank dba JCPENNEY<br>CREDIT SERVICES<br>Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $1,000.00 | $0.00 | $1,000.00 |
| 000016 070 7100-00 | GE Money Bank dba SAM"S CLUB<br>Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $715.92 | $0.00 | $715.92 |
| 000017 070 7100-00 | GE Money Bank dba JCPENNEY<br>CREDIT SERVICES<br>Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $692.14 | $0.00 | $692.14 |
| | Case Totals: | | | $95,621.34 | $0.00 | $95,621.34 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-32299
Case Name: VARGAS, DAVID
    VARGAS, STEPHANIE
Trustee Name: PHILIP V. MARTINO

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: PHILIP V. MARTINO* | $_____ | $_____ |
| *Attorney for trustee:* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *PYOD LLC its successors and assigns as assignee of* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | PYOD LLC its successors and assigns as assignee of | $ | $ |
| 000003 | CHASE BANK USA | $ | $ |
| 000004 | CHASE BANK USA | $ | $ |
| 000005 | CHASE BANK USA | $ | $ |
| 000006 | CHASE BANK USA | $ | $ |
| 000007 | TARGET NATIONAL BANK | $ | $ |
| 000008 | Discover Bank/DFS Services LLC | $ | $ |
| 000009 | PYOD LLC its successors and assigns as assignee of | $ | $ |
| 000010 | Longview Management Group, LLC | $ | $ |
| 000011 | Us Dept Of Education | $ | $ |
| 000012 | Us Dept Of Education | $ | $ |
| 000013 | PYOD LLC its successors and assigns as assignee of | $ | $ |
| 000014 | AmeriCredit Financial Services, Inc. | $ | $ |
| 000015 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ | $ |
| 000016 | GE Money Bank dba SAM"S CLUB | $ | $ |
| 000017 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ | $ |

Late filed general (unsecured) claims are as follows:

*Claim Number*     *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

_____   _____   $_____   $_____

_____   _____   $_____   $_____

_____   _____   $_____   $_____


Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*     *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

_____   _____   $_____   $_____

_____   _____   $_____   $_____

_____   _____   $_____   $_____


The amount of surplus returned to the debtor after payment of all claims and interest is $         .