UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 08 B 32299 |
| **DAVID AND STEPHANIE VARGAS**  , | ) | Judge Eugene R. Wedoff |
| | ) | Hearing: Tuesday, |
| Debtors. | ) | November 10, 2009 at 9:30 a.m. |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant: <u>DLA Piper LLP (US)</u>

Authorized to Provide
Professional Services to: <u>Trustee</u>

Date of Order Authorizing Employment: <u>Order entered 5/12/09 retroactive to 4/28/09</u>

Period for Which
Compensation is sought: <u>April 28, 2009 through the end of the case</u>

Amount of Fees sought: <u>$2,228.00</u>

Amount of Expense
Reimbursement sought: <u>$5.00</u>

This is an: Interim Application _____ Final Application XXXXX

Date: <u>October 5, 2009</u>

Applicant
By: <u>/s/ Philip V. Martino</u>
Philip V. Martino