# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §   Case No. 08-32299 ERW
VARGAS, DAVID §
VARGAS, STEPHANIE §
  Debtors §
 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 8,043.73 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance of* | $ | 8,043.73 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: PHILIP V. MARTINO* | $ 1,554.37 | $ 0.00 |
| *Attorney for trustee: DLA Piper LLP (US)* | $ 2,228.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Fees:* _____ | | $_____ | $_____ |
| *Other:* _____ | | $_____ | $_____ |
| *Other:* _____ | | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* _____ | | $_____ | $_____ |
| *Attorney for:* _____ | | $_____ | $_____ |
| *Accountant for:* _____ | | $_____ | $_____ |
| *Appraiser for:* _____ | | $_____ | $_____ |
| *Other:* _____ | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,621.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---:|---:|
| 000001 | PYOD LLC its successors and assigns as assignee of | $ 3,696.14 | $ 164.72 |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ 3,474.16 | $ 154.83 |
| 000003 | CHASE BANK USA | $ 574.19 | $ 25.59 |
| 000004 | CHASE BANK USA | $ 4,075.82 | $ 181.64 |
| 000005 | CHASE BANK USA | $ 391.73 | $ 17.45 |
| 000006 | CHASE BANK USA | $ 717.68 | $ 31.98 |
| 000007 | TARGET NATIONAL BANK | $ 1,237.72 | $ 55.16 |
| 000008 | Discover Bank/DFS Services LLC | $ 7,162.07 | $ 319.18 |
| 000009 | PYOD LLC its successors and assigns as assignee of | $ 916.66 | $ 40.85 |
| 000010 | Longview Management Group, LLC | $ 16,499.70 | $ 735.31 |
| 000011 | Us Dept Of Education | $ 34,955.99 | $ 1,557.81 |
| 000012 | Us Dept Of Education | $ 4,187.85 | $ 186.63 |
| 000013 | PYOD LLC its successors and assigns as assignee of | $ 1,296.49 | $ 57.78 |
| 000014 | AmeriCredit Financial Services, Inc. | $ 14,027.08 | $ 625.12 |
| 000015 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 1,000.00 | $ 44.56 |
| 000016 | GE Money Bank dba SAM"S CLUB | $ 715.92 | $ 31.90 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000017* | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 692.14 | $ 30.85 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/10/2009 in Courtroom 744 ,
United States Courthouse

219 South Dearborn Street  
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 10/05/2009              By: /s/PHILIP V. MARTINO
                                  Trustee

*PHILIP V. MARTINO*
*203 NORTH LASALLE STREET, SUITE 1800, CHICAGO, IL 60601*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pgordon               Page 1 of 2                   Date Rcvd: Oct 12, 2009
Case: 08-32299                Form ID: pdf006             Total Noticed: 43


The following entities were noticed by first class mail on Oct 15, 2009.
db/jdb         +David Vargas,   Stephanie Vargas,    9744 South Avenue J,    Chicago, IL 60617-5550
aty            +DLA Piper US LLP,    203 N LaSalle Street,    Ste 1900,    Chicago, IL 60601-1263
aty            +James R Irving,   DLA Piper LLP US,    203 North LaSalle Street,    Chicago, IL 60601-1267
aty            +Philip V Martino, ESQ,    DLA Piper US LLP,    203 N Lasalle Street,    Suite 1900,
                 Chicago, IL 60601-1263
aty            +Robert D. Rotman,    Rotman & Elovitz, Ltd.,    180 N LaSalle St. Ste 2101,
                 Chicago, IL 60601-2701
tr             +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
                 Chicago, IL 60601-1264
13662452      ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: AmeriCredit Financial Services, Inc.,     PO Box 183853,
                 Arlington, TX 76096)
12902787      ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit,     P.O. Box 183853,    Arlington, TX  76096)
13470386       +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
14349732        CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
12902789        Capital One,   P.O. Box 30285,    Salt Lake City, UT  84130-0285
12902790       +Carson Pirie Scott,    P.O. Box 15521,    Wilmington, DE 19850-5521
12902791        Chase,   P.O. Box 15298,    Wilmington, DE  19886-5153
12902792       +Circuit City,   P.O. Box 15298,    Wilmington, DE 19850-5298
12902793       +Citi Diamond Preferred Card,    P.O. Box 6000,    The Lakes, NV 89163-0001
12902794        Citi Professional Card,    P. Box 6000,    The Lakes, NV  89163-6000
12902795       +Citmortgage, Inc,    P O Box 829009,    Dallas, TX 75382-9009
12902796       +Direct Loan,   P.O. Box 530260,    Atlanta, GA 30353-0260
13720613       +GE Money Bank dba JCPENNEY CREDIT SERVICES,     Recovery Management Systems Corporation,
                 For GE Money Bank,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12902798       +Henry Crown & Co.,    Ste. 2000,    222 North LaSalle Street,    Chicago, IL 60601-1120
12902799       +Home Depot Credit Card Services,     P.O. Box 689100,    Des Moines, IA 50368-9100
12902801        J C Penney,   Bankrupcy,    P.O. Box 103104,    Roswell, GA  30076
12902800        J C Penney,   Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA  30076
12902802       +JB Robinson,   P.O. Box 740425,    Cincinatti, OH 45274-0425
13541645       +Longview Management Group, LLC,     c/o Mark E. Leipold,    Gould & Ratner LLP,
                 222 N. LaSalle St., Suite 800,    Chicago, IL 60601-1086
12902803       +Macy’s,   111 Boulder Industrial Drive,    Bridgeton, MO 63044-1241
12902804       +NCO Financial Systems, Inc.,    11214 Renner Road,    Lenexa, KS 66219-9605
12902805        Nissan Motor Acceptance Corp.,    P.O. Box 650680,    Dallas, TX  75265-0680
13057245        PYOD LLC its successors and assigns as assignee of,     Citibank,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
12902786       +Rotman & Elovitz Ltd,    180 NLaSalle Suite 2101,    Chicago, IL 60601-2701
12902807        Sears,   P.O. Box 62831,    Sioux Falls, SD  57117-6283
13489739       +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
12902809        TJ MAX,   P.O. Box 15298,    Wilmington, DE  19886-5325
12902808        Target,   P.O. Box 1581,    Minneapolis, MN  55440-1581
12902810       +Us Dept Of Education,    501 Bleeker Street,    Utica, NY 13501-2401
12902811       +Us Dept Of Education,    ATTN: Direct Loan Servicing Center,    Po Box 5609,
                 Greenville, TX 75403-5609
12902784       +Vargas David,    9744 South Avenue J,    Chicago, IL 60617-5550
12902785       +Vargas Stephanie,    9744 South Avenue J,    Chicago, IL 60617-5550
12902812       +Washington Mutual,    P. Box 9016,    Pleasanton, CA 94566-9016
The following entities were noticed by electronic transmission on Oct 12, 2009.
12902797        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 12 2009 20:53:48      Discover,   P.O. Box 30395,
                 Salt Lake City, UT  84130-0395
13493477        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 12 2009 20:53:48
                 Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
13720615       +E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2009 20:53:56      GE Money Bank dba SAM’S CLUB,
                 Recovery Management Systems Corporation,    For GE Money Bank,    25 SE 2nd Ave Ste 1120,
                 Miami FL 33131-1605
12902806       +E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2009 20:53:56      Sam’s Club,   P.O. Box 981064,
                 El Paso, TX 79998-1064
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12902788*     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit,    Po Box 183853,    Arlington, TX  76096)
                                                                                               TOTALS: 0, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1         User: pgordon              Page 2 of 2              Date Rcvd: Oct 12, 2009
Case: 08-32299               Form ID: pdf006            Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 15, 2009**                    **Signature:**    *Joseph Speetjens*