# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VARGAS, DAVID | § | Case No. 08-32299 |
| VARGAS, STEPHANIE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 192,558.00 | Assets Exempt: 44,071.00 |
| Total Distributions to Claimants: 4,261.60 | Claims Discharged Without Payment: 154,141.15 |
| Total Expenses of Administration: 3,782.40 | |

3) Total gross receipts of $ 8,044.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 8,044.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 205,982.83 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,782.40 | 3,782.40 | 3,782.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 135,162.93 | 95,621.34 | 95,621.34 | 4,261.60 |
| **TOTAL DISBURSEMENTS** | $ 341,145.76 | $ 99,403.74 | $ 99,403.74 | $ 8,044.00 |

4) This case was originally filed under chapter 7 on 11/25/2008 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/25/2010            By:/s/PHILIP V. MARTINO
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FEDERAL TAX RETURN | 1224-000 | 8,015.00 |
| Illinois State Tax Refund | 1224-000 | 28.00 |
| Post-Petition Interest Deposits | 1270-000 | 1.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,044.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Americredit P.O. Box 78143 Phoenix, AZ 85062-8143 | | 29,157.52 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citmortgage P.O. Box 183040 Columbus, OH 43218-3040 | | 155,570.59 | NA | NA | 0.00 |
| Nissan Motor Acceptance Corp. P.O. Box 650680 Dallas, TX 75265-0680 | | 21,254.72 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | $ 205,982.83 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 1,554.40 | 1,554.40 | 1,554.40 |
| DLA PIPER LLP (US) | 3110-000 | NA | 2,228.00 | 2,228.00 | 2,228.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,782.40 | $ 3,782.40 | $ 3,782.40 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $NA | $NA | $NA | $NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 949.57 | NA | NA | 0.00 |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 594.48 | NA | NA | 0.00 |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 1,189.00 | NA | NA | 0.00 |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 1,020.32 | NA | NA | 0.00 |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 577.76 | NA | NA | 0.00 |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 474.00 | NA | NA | 0.00 |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 632.00 | NA | NA | 0.00 |

Case 08-32299   Doc 56   Filed 01/25/10   Entered 01/25/10 09:08:46   Desc Main
Document      Page 6 of 8

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Carson Pirie Scott P.O. Box 15521 Wilmington, DE 19850 | | 620.00 | NA | NA | 0.00 |
| Circuit City P.O. Box 15298 Wilmington, DE 19850 | | 3,832.00 | NA | NA | 0.00 |
| Direct Loan P.O. Box 530260 Atlanta, GA 30353 | | 34,549.24 | NA | NA | 0.00 |
| Home Depot Credit Card Services P.O. Box 689100 Des Moines, IA 50368 | | 3,177.00 | NA | NA | 0.00 |
| JB Robinson P.O. Box 740425 Cincinatti, OH 45274 | | 2,705.00 | NA | NA | 0.00 |
| Macy's 111 Boulder Industrial Drive Bridgeton, MO 63044 | | 947.00 | NA | NA | 0.00 |
| NCO Financial Systems, Inc. 11214 Renner Road Lenexa, KS 66219 | | 5,016.44 | NA | NA | 0.00 |
| Sears P.O. Box 62831 Sioux Falls, SD 57117-6283 | | 820.00 | NA | NA | 0.00 |
| TJ MAX P.O. Box 15298 Wilmington, DE 19886-5325 | | 321.60 | NA | NA | 0.00 |
| Us Dept Of Education ATTN: BORROWERS SERVICE DEPT Po Box 5609 Greenville, TX 75403 | | 0.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (9/1/2009) (Page: 6)

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Us Dept Of Education ATTN: BORROWERS SERVICE DEPT Po Box 5609 Greenville, TX 75403 | | 0.00 | NA | NA | 0.00 |
| Washington Mutual P. Box 9016 Pleasanton, CA 94566 | | 3,650.00 | NA | NA | 0.00 |
| Washington Mutual P. Box 9016 Pleasanton, CA 94566 | | 1,706.00 | NA | NA | 0.00 |
| AMERICREDIT FINANCIAL SERVICES, INC | 7100-000 | 0.00 | 14,027.08 | 14,027.08 | 625.15 |
| CHASE BANK USA | 7100-000 | 551.20 | 574.19 | 574.19 | 25.59 |
| CHASE BANK USA | 7100-000 | NA | 4,075.82 | 4,075.82 | 181.65 |
| CHASE BANK USA | 7100-000 | 402.00 | 391.73 | 391.73 | 17.46 |
| CHASE BANK USA | 7100-000 | 551.20 | 717.68 | 717.68 | 31.99 |
| DISCOVER BANK/DFS SERVICES LLC | 7100-000 | 6,659.00 | 7,162.07 | 7,162.07 | 319.20 |
| GE MONEY BANK DBA JCPENNEY CREDIT S | 7100-000 | 1,000.00 | 1,000.00 | 1,000.00 | 44.57 |
| GE MONEY BANK DBA JCPENNEY CREDIT S | 7100-000 | 660.00 | 692.14 | 692.14 | 30.84 |
| GE MONEY BANK DBA SAM"S CLUB | 7100-000 | 588.12 | 715.92 | 715.92 | 31.91 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LONGVIEW MANAGEMENT GROUP, LLC | 7100-000 | 17,600.00 | 16,499.70 | 16,499.70 | 735.35 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 3,452.00 | 3,696.14 | 3,696.14 | 164.73 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 3,474.16 | 3,474.16 | 154.83 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 916.66 | 916.66 | 40.85 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 1,096.00 | 1,296.49 | 1,296.49 | 57.78 |
| TARGET NATIONAL BANK | 7100-000 | 1,107.00 | 1,237.72 | 1,237.72 | 55.16 |
| US DEPT OF EDUCATION | 7100-000 | 34,549.00 | 34,955.99 | 34,955.99 | 1,557.90 |
| US DEPT OF EDUCATION | 7100-000 | 4,166.00 | 4,187.85 | 4,187.85 | 186.64 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 135,162.93 | $ 95,621.34 | $ 95,621.34 | $ 4,261.60 |